IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARTIN HERREDIA-MORALES,**

                **Petitioner,**

      **v.**                                    **CASE NO. 05-3469-SAC**

**STATE OF KANSAS,**

                **Respondent.**

O R D E R

By an order dated January 11, 2006, the court granted petitioner leave to proceed in forma pauperis on a pro se petition for writ of mandamus under 28 U.S.C. § 1361, and denied the petition. Before the court is a pleading filed by petitioner on February 21, 2006, seeking information concerning the amount of his outstanding fee obligation in this matter.

Pursuant to 28 U.S.C. § 1915(b)(1), petitioner is required to pay the full $5.00 district court filing fee in this mandamus action. The court did not assess and initial partial filing fee to be paid in this matter before granting petitioner leave to proceed in forma pauperis, thus the full $5.00 district court filing fee obligation remains to be satisfied. *See* 28 U.S.C. § 1915(b)(2)(authorizing automatic payments from a prisoner's inmate trust fund account to satisfy outstanding filing fee obligations).

IT IS THEREFORE ORDERED that the record is clarified to reflect that there is an outstanding $5.00 filing fee obligation in this

matter.

      DATED:  This 22nd day of March 2006 at Topeka, Kansas.


                                                  s/ Sam A. Crow
                                                  SAM A. CROW
                                                  U.S. Senior District Judge